RECEIVED
USDC CLERK, FLORENCE, SC

2022 SEP 15 PM 1:00

United States District Court
District of South Carolina

Francisco Carrion-Perez

V.

Federal Bearu of Prison

Now comes, Francisco Carrion-Perez, proceeding pro se, and respectfully submit this letter/motion under 31 U.S.C. 3723. The petitioner prays that this Honorable Court liberally construes this petition, as required by law.

1- The Claimant wich to file a civil law suit, under 31 U.S.C. 3723, for Personal injury.

2- Claimant files this official statement as a last attempt. Claimant has exhausted all administrative remedy pursuant to the Federal Tort Claims Act.

3- Claimant has suffered a life long injury as a result of negligence, and have had surgery in the past and requires more surgery in the future.

4- Claimant is asking for $150,000.00, but reserves the right to ask for any amount deemed necessary.

5- Claimant ask That The stairs on The Van be modified as To avoid These Types of unnecessary incidents To occur in The future. (see Exhibit UM aTTached).

Executed on This 9 Day of September 2022.

Francisco Carrion Perez
RespecTfully SubmiTTed,

Francisco Carrion Perez
Reg. # 44754-069
FCI- Williamsburg
P.O. Box 340
SalTers, SC. 29590